■ 1166 Junior Mezzanine Lender LLC, Appellant, v 1166 GP Associates, LLC, et al., Respondents. [878 NYS2d 886]—Appeal from an order, Supreme Court, New York County (Richard B. Lowe, III, J.), entered September 28, 2007, unanimously withdrawn in accordance with the terms of the stipulation of the parties hereto. No opinion. Order filed. Concur—Friedman, J.P., Sweeny, McGuire, Renwick and Freedman, JJ.

■ 1166 Junior Mezzanine Lender LLC, Appellant, v 1166 GP Associates, LLC, et al., Respondents. [878 NYS2d 886]— Appeal from an order, Supreme Court, New York County (Richard B. Lowe, III, J.), entered June 26, 2008, as amended July 16, 2008, unanimously withdrawn in accordance with the terms of the stipulation of the parties hereto. No opinion. Order filed. Concur—Friedman, J.P., Sweeny, McGuire, Renwick and Freedman, JJ.